# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

128841
 (46)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Plaintiff-Appellant,

v

JEFFREY HALLER, an individual
d/b/a H&H POURED WALLS,
      Defendant,

and

BRADLEY V. DINNAN,
      Defendant-Appellee.
_____/

SC: 128841
COA: 250272
Genesee CC: 02-074963-CK

On order of the Court, the motion for reconsideration of this Court's order of February 3, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARKMAN, J., would grant reconsideration, and on reconsideration would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk